# Order

Michigan Supreme Court
Lansing, Michigan

May 27, 2014

148606

COUNTY OF BAY,
            Plaintiff-Appellant,

v

BLUE CROSS BLUE SHIELD,
            Defendant-Appellee.

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

SC: 148606
COA: 307447
Bay CC: 09-003940-CL

_____/

On order of the Court, the application for leave to appeal the December 17, 2013 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 27, 2014 _____



t0519                                             Clerk